IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK GLEE,

      Plaintiff,                   No. CIV S-06-1658 LKK GGH P

   vs.

MR. AUSTIAN, et al.,

      Defendants.          ORDER

_____/

        On August 28, 2006, the court granted plaintiff thirty days to file an amended complaint. Pending before the court is plaintiff's amended complaint filed September 7, 2006.

        Plaintiff's amended complaint does not list the defendants. After reviewing the amended complaint, it is unclear who plaintiff intends to name as defendants. The amended complaint also does not identify the relief sought as required by Fed. R. Civ. P. 8. For these reasons, the amended complaint is dismissed with thirty days to file a second amended complaint.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The amended complaint filed September 7, 2006, is dismissed with thirty days to file a second amended complaint; if plaintiff does not file a second amended complaint within that time, the court will order service of the claims found colorable in the original complaint;

1

2.  The Clerk of the Court is directed to send plaintiff a copy of a civil rights complaint form.

DATED: 9/19/06                                         /s/ Gregory G. Hollows

                                                       _____
                                                       GREGORY G. HOLLOWS
                                                       UNITED STATES MAGISTRATE JUDGE

ggh:kj
gl1658.ame