IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK GLEE,

    Plaintiff,               No. CIV S-06-1658 LKK GGH P

    vs.

MR. AUSTIAN, et al.,

    Defendants.         FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The court has separately issued an order addressing the third amended complaint.

        The court found that the third amended complaint stated colorable claims for relief against defendants Campbell, Hudgins and Kanipe. The court ordered service of these defendants. The court also found that the third amended complaint failed to state colorable claims for relief against defendants Austian and Federico. For the reasons stated in that order, the court now recommends that defendants Austian and Federico be dismissed.

/////

/////

/////

1

1       Accordingly, IT IS HEREBY RECOMMENDED that the claims against defendants Austian and Federico contained in the third amended complaint be dismissed.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:   12/26/06           /s/ Gregory G. Hollows

                                   GREGORY G. HOLLOWS
                                   UNITED STATES MAGISTRATE JUDGE

ggh:kj
gl1658.56