IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK GLEE,

        Plaintiff,                   No. CIV S-06-1658 LKK GGH P

   vs.

MR. AUSTIAN, et al.,

        Defendants.

_____/      ORDER

        Plaintiff is a state prisoner proceeding pro se.  Pending before the court is plaintiff's third amended complaint filed December 6, 2006.

        The third amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) against defendants Hudgins, Campbell and Kanipe.  If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        Also named as defendants are Mr. Federico and Mr. Austian.  Plaintiff generally alleges that these defendants denied him access to the courts by not granting him adequate law library access.  However, plaintiff does not include any specific allegations to support these claims.

/////

1

1    The court finds the allegations against defendants Federico and Austian to be so
2  vague and conclusory that it is unable to determine whether these claims are frivolous or fail to
3  state cognizable claims for relief.  Plaintiff must allege with at least some degree of particularity
4  overt acts which defendants engaged in that support plaintiff's claim.  <u>Id</u>.  Because plaintiff has
5  failed to comply with the requirements of Fed. R. Civ. P. 8(a)(2), the court will separately
6  recommend that the claims against these defendants be dismissed.
7    In accordance with the above, IT IS HEREBY ORDERED that:
8    1. Service is appropriate for the following defendants: Campbell, Hudgins,
9  Kanipe.
10   2. The Clerk of the Court shall send plaintiff 3 USM-285 forms, one summons,
11 an instruction sheet and a copy of the third amended complaint filed December 6, 2006.
12   3. Within thirty days from the date of this order, plaintiff shall complete the
13 attached Notice of Submission of Documents and submit the following documents to the court:
14      a. The completed Notice of Submission of Documents;
15      b. One completed summons;
16      c. One completed USM-285 form for each defendant listed in number 3
17      above; and
18      d. Four copies of the endorsed third amended complaint filed December 6,
19      2006.
20   4. Plaintiff need not attempt service on defendants and need not request waiver of
21 service.  Upon receipt of the above-described documents, the court will direct the United States
22 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
23 without payment of costs.

DATED: 12/26/06                              /s/ Gregory G. Hollows

                                             GREGORY G. HOLLOWS
gl1658.ser                                   UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK GLEE,

      Plaintiff,                           No. CIV S-06-1658 LKK GGH P

   vs.

MR. AUSTIAN, et al.,                 NOTICE OF SUBMISSION

      Defendants.                    OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____ completed summons form

      _____ completed USM-285 forms

      _____ copies of the _____
                            Complaint/Amended Complaint

DATED:

                                         _____
                                         Plaintiff