IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK GLEE,** | Case No.: 2:06-cv-1658 LKK GGH P |
| Plaintiff, | **ORDER** |
| **v.** | |
| **AUSTIAN, et al.,** | |
| Defendants. | |

On November 14, 2007, Defendants Campbell, Kanipe, and Hudgins filed a request for extension of time to take Plaintiff's deposition until thirty days after a decision to deny the pending motion for judgment on the pleadings.  For good cause shown, Defendants' motion for an extension of time is granted.  Defendants shall have until thirty days after a decision to deny, in whole or in part, the pending motion for judgment on the pleadings, to take Plaintiff's deposition.

Dated: 11/21/07                                    /s/ Gregory G. Hollows
                                                              UNITED STATES MAGISTRATE JUDGE

glee1658.eot

1