IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL GLEE,

      Plaintiff,                   No. CIV S-06-1658 LKK GGH P

    vs.

AUSTIAN, et al.,

      Defendants.               ORDER

_____/

      On January 2, 2008, defendants filed a motion to vacate the dispositive motion deadline date set in the scheduling order filed September 7, 2007. On September 10, 2007, the Clerk of Court issued a notice notifying the parties that this scheduling order had been issued in error. The parties were directed to disregard the scheduling order.

      Accordingly, IT IS HEREBY ORDERED that defendants' January 2, 2008, motion to vacate is denied as unnecessary.

DATED: 01/10/08

                                   /s/ Gregory G. Hollows

                                   UNITED STATES MAGISTRATE JUDGE

glee.vac