IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL GLEE,

        Plaintiff,               No. CIV S-06-1658 LKK GGH P

    vs.

AUSTIAN, et al.,

        Defendants.        <u>AMENDED ORDER</u>

_____/

        On January 2, 2008, defendants filed a motion to vacate the dispositive motion deadline dates set in the scheduling order.  Good cause appearing, IT IS HEREBY ORDERED that defendants' January 2, 2008, motion to vacate is granted; the dates set in the September 10, 2007, scheduling order are vacated.

DATED:  01/15/08             /s/ Gregory G. Hollows

                               UNITED STATES MAGISTRATE JUDGE

glee.vac

1