1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    PATRICK GLEE,

11            Plaintiff,                    No. CIV S-06-1658 LKK GGH P

12        vs.

13    AUSTIAN, et al.,

14            Defendants.            FINDINGS & RECOMMENDATIONS

15    _____/

16            On November 9, 2007, defendants filed a motion for judgment on the pleadings.

17    Plaintiff has not opposed the motion.

18            Local Rule 78-230(m) provides in part:  "Failure of the responding party to file

19    written opposition or to file a statement of no opposition may be deemed a waiver of any

20    opposition to the granting of the motion . . . ."  On December 26, 2006, plaintiff was advised of

21    the requirements for filing an opposition to a motion for judgment on the pleadings and that

22    failure to oppose such a motion may be deemed a waiver of opposition to the motion.

23            Accordingly, plaintiff's failure to oppose should be deemed a waiver of

24    opposition to the granting of the motion.  In the alternative, the court has reviewed the motion

25    and finds that it has merit.  IT IS HEREBY RECOMMENDED that:

26    \\\\\

1      1.  Defendants' November 9, 2007, motion for judgment on the pleadings be

2  granted; and

3      2.  This action be dismissed.

4      These findings and recommendations are submitted to the United States District

5  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

6  days after being served with these findings and recommendations, any party may file written

7  objections with the court and serve a copy on all parties.  Such a document should be captioned

8  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

9  shall be served and filed within ten days after service of the objections.  The parties are advised

10  that failure to file objections within the specified time may waive the right to appeal the District

11  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

12  DATED:  02/01/08

                                          /s/ Gregory G. Hollows
13
                                          _____
14  GGH:035                               UNITED STATES MAGISTRATE JUDGE
    glee1658.46
15

16

17

18

19

20

21

22

23

24

25

26